Priority  
Send ✓  
Enter ✓  
Closed ___  
JS-5/JS-6 ___  
JS-2/JS-3 ___  
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
AUG 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESARIO RAMIREZ,<br><br>    Petitioner,<br><br>    v.<br><br>ANTHONY HEDGPETH, WARDEN,<br><br>    Respondent. | CASE NO. ED CV 07-1550-PSG (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: 8/11/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\RAMIREZ, C 1550\Order accep r&r.wpd