Priority  
Send ✓  
Enter ✓  
Closed  
JS-5/JS-6 ✓  
JS-2/JS-3  
Scan Only

FILED  
CLERK, U.S. DISTRICT COURT  
AUG 12 2008  
CENTRAL DISTRICT OF CALIFORNIA  
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESARIO RAMIREZ,<br><br>    Petitioner,<br><br>    v.<br><br>ANTHONY HEDGPETH, WARDEN,<br><br>    Respondent. | Case No. ED CV 07-1550-PSG (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 8/11/08 .

_____  
PHILIP S. GUTIERREZ  
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\RAMIREZ, C 1550\Judgment.wpd